UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROY RICHARDS,<br><br>                    Plaintiff,<br><br>          -against-<br><br>OTIS BANTUM CORRECTIONAL<br>FACILITY, ET AL.,<br><br>                    Defendants. | 24 CIVIL 9644 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the March 17, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 18, 2025
           New York, New York

                                                          /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                   Chief United States District Judge